IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:20-mj-00172-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| JORGE MENDOZA-RABAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Alexandra Negin was appointed November 6, 2020. The Federal Defender has decided to panel this case due to workload. CJA Panel attorney Timothy Warriner is hereby appointed effective November 9, 2020, the date the Office of the Federal Defender contacted him.

Dated: November 10, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE